UNITED STATES of America,
Plaintiff–Appellee,

v.

Devarus Ramon HAMMOND,
Defendant–Appellant.

No. 09–11060
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 24, 2009.

Devarus Ramon Hammond, Jonesville, VA, pro se.

Jeffrey M. Anderson, U.S. Attorney's Office, Ramona C. Albin, Birmingham, AL, for Appellee.

Before BARKETT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Derrick Collins, appointed counsel for Devarus Ramon Hammond, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent review of the record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and Hammond's conviction and sentence are **AFFIRMED.**